Prob12A
(7/93)

# United States District Court
## for the District of Massachusetts
### Report on Offender Under Supervision

**Name of Offender:** James Francis Gorman

**Case Number District of PR:** 17-CR-00161
**Case Number D/MA:** 19-CR-10482

**Name of Sentencing Judicial Officer D/PR:** The Honorable Debra M. Brown, U.S. District Judge

**Date of Assigned Judicial Officer D/MA:** The Honorable Judge Leo T. Sorokin, U.S. District Judge

**Date of Original Sentence:** 12/20/17

**Date of Revocation Sentence:** 10/31/18

**Original Offense:** Failure to Register as a Sex Offender, in violation of 18 U.S.C. § 2250

**Original Sentence:** 15 months of custody to be followed by 120 months of supervised release

**Revocation Sentence:** 11 months custody to be followed by 96 months of supervised release

**Type of Supervision:** Supervised Release

**Date Supervision Re-Commenced:** June 21, 2019

---

## NON-COMPLIANCE SUMMARY

| Violation Number | Nature of Non-Compliance |
|---|---|
| I | **Violation of Mandatory Condition: You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.**<br><br>On 7/28/21, during a meeting with this officer, Mr. Gorman admitted that he had used methamphetamine during the morning hours. |

U.S. Probation Officer Action:

During a recent conversation with this officer, Mr. Gorman admitted that he made a maladaptive choice in using an illicit substance. Mr. Gorman stated that he regretted his decision to use a drug rather than adaptive coping skills. This officer coached Mr. Gorman on the dangers of using illicit substances. Mr. Gorman stated that he recognized the dangers of illicit drug use and made a one-time mistake. This officer discussed substance use treatment and asked if Mr. Gorman wanted or believed that he needed substance use treatment. Mr. Gorman stated that he did not want nor need substance use treatment at this time. This officer advised Mr. Gorman that the Court would receive notification of the recent non-compliance. Moreover, this officer encouraged Mr. Gorman to utilize probation staff as a resource.

As an interventional effort, this officer will continue to monitor Gorman in the community, promote critical thinking skills, increase drug testing, and address any risks and/or challenges as they arise or are reported. This

Prob 12A                                    -2-                    Report on Offender Under Supervision

officer will provide the Court with prompt notification if any additional non-compliance occurs. If Your Honor agrees to approve this notification, please make the corresponding notation in the space below.

Reviewed/Approved by:                                          Respectfully submitted,

*/s/ Christopher P. Moriarty*                                  */s/ Justin Prophet*
Christopher P. Moriarty                                    by  Justin Prophet
Supervisory U.S. Probation Officer                            Senior U.S. Probation Officer
                                                              Date:  7/29/2021

*No Response is necessary unless the court directs that additional action be taken as follows:*

[ ✓ ]   Approved
[   ]   Submit a Request for Modifying the Conditions or Term of Supervision
[   ]   Submit a Request for Warrant or Summons
[   ]   Other

                                          /s/ Leo T. Sorokin
                                          _____
                                          The Honorable Leo T. Sorokin
                                          U.S. District Judge


                                          7/30/21
                                          _____
                                          Date